to abide the event. The award of the commissioners herein cannot be said to have been arrived at upon a correct theory since the evidence adduced on behalf of the plaintiff did not follow the correct formula of a fixing of the value of the appellant's land before the taking of parcels No. 1 and No. 2 considered together or separately and a fixing of the value of the appellant's land after the taking of parcels No. 1 and No. 2 considered together or separately. The absence of evidence of this character makes obscure whether or not the commissioners adequately compensated for destruction of plottage value growing out of the taking of parcel No. 2, and whether or not they adequately compensated for parcel No. 2. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

LAKEWOOD TRUST COMPANY, Appellant, Respondent, v. L. BARTH & SON, INC., and Others, Respondents, Appellants, and SIMA ELISBERG and Others Defendants. — Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

PERCY R. MARVIN, Respondent, v. CLARA GOLDHURST, Appellant.— Order and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In an action upon an account stated the plaintiff is not entitled to judgment under rule 113 of the Rules of Civil Practice when the answer generally denies the allegations of the complaint and the defendant's affidavit in opposition to the motion to strike out the answer and for judgment shows that an issue of fact as to whether there was an account stated is presented. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

HYMAN NELSON, Appellant, v. REUBEN FRIEDMAN and MARIE FRIEDMAN, His Wife, Defendants, and BARNET KANTOR and " JOSEPH " H. SAMUELSON, First Name Joseph Fictitious, etc., Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

OCEAN OPERATING CORPORATION, Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Order denying motion to strike out denials and affirmative defense in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JAMES V. P. OGLESBY, Appellant, v. MASSACHUSETTS ACCIDENT COMPANY, Respondent. (Action No. 1.) — Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. The question of waiver was not formulated for answer by the jury. In the interests of justice there should be a new trial so that the question of waiver may be appropriately submitted to a jury. Kapper, Hagarty, Carswell and Scudder, JJ., concur; Rich, J., dissents and votes to affirm.

JAMES V. P. OGLESBY, Appellant, v. MASSACHUSETTS ACCIDENT COMPANY, Respondent. (Action No. 2.) — Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. The question of waiver was not formulated for answer by the jury. In the interests of justice there should be a new trial so that the question of waiver may be appropriately submitted to a jury. Kapper, Hagarty, Carswell and Scudder, JJ., concur; Rich, J., dissents and votes to affirm.

PICADILLY LAUNDRY SERVICE, INC., Respondent, v. JULIUS BROADER and